DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA ZIMMERMAN,**
Appellant,

v.

**APSEN G, LLC,**
Appellee.

No. 4D17-1656

[May 3, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50-2016-CA-002725-XXXX-MB (AN).

Larry M. Mesches of Klett, Mesches & Johnson, P.L., Palm Beach Gardens, for appellant.

Kimberly J. Freedman and Francisco Armada of Broad and Cassel, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***